

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 22, 2024

**BY E-MAIL**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Unsealing of Superseding Indictment S1 23 Cr. 301 (MKV)**

Dear Judge Wang:

    The Government respectfully requests that Superseding Indictment S1 23 Cr. 301 (MKV) be unsealed. The Honorable Mary Kay Vyskocil has referred the presentment of defendant Kenneth Fortune, who is the subject of the above-referenced Superseding Indictment, to the Magistrate Court. A proposed order is enclosed for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Ryan Nees
    Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>KENNETH FORTUNE,<br><br>Defendant. | **Unsealing Order**<br><br>S1 23 Cr. 301 (MKV) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ryan T. Nees;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         August 22, 2024

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK