# Law Offices of Jill R. Shellow PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024

August 30, 2024

**BY ECF ONLY**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      **RE:**    *United States v. Kenneth Fortune, 23 Cr. 301 (MKV)*

Dear Judge Vyskocil:

      On August 22, 2024, the Honorable Ona T. Wang appointed me to represent Kenneth Fortune and released Mr. Fortune on conditions. One of the conditions is a mental health evaluation and treatment as directed by Pretrial Services. A copy of the bond is attached. Mr. Fortune has met with Pretrial Services. Mr. Fortune has no history of mental health issues or treatment, and therefore Pretrial Services has determined that a mental health condition is not necessary. We concur. Accordingly, I respectfully request that Your Honor revise Mr. Fortune's bond to remove this condition. The Government and Pretrial both consent to this modification.

      Thank you for your consideration.

                                Respectfully submitted,

                                Jill R. Shellow
                                *Counsel for Kenneth Fortune*

---

**Granted. SO ORDERED.**

Date: 9/5/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge