**LAW OFFICES OF JILL R. SHELLOW** PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024

September 4, 2024

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
VyskocilNYSDChambers@nysd.uscourts.gov

    **RE:**    *United States v. Kenneth Fortune, 23 Cr. 301 (MKV)*

Dear Judge Vyskocil:

    I represent Kenneth Fortune who was released on a PRB on August 22, 2024 that requires two financially responsible people (FRPs) to co-sign his bond by tomorrow, September 5.  The two co-signers were approved today by the U.S. Attorney's office, but because of their work commitments may not be able to complete the process of signing and returning the bond to the Court by tomorrow's deadline.  Accordingly, I respectfully request that Your Honor extend the deadline by one week to September 12, 2024 to permit the FRPs time to complete the process.  The Government consents to this request.

    Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow
                              *Counsel for Kenneth Fortune*

**Granted. SO ORDERED.**

Date: 9/5/2024
New York, New York

*[signed]* Mary Kay Vyskocil
United States District Judge