USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/19/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:23-cr-301-MKV |
| BRANDON EVANS AND KENNETH FORTUNE, | **ORDER** |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

On January 17, 2025, the Court Ordered the parties to file a joint letter on the docket on or before February 18, 2025 in advance of the status conference scheduled for February 25, 2025 at 11:30 AM.  [ECF No. 80].  As of the date of this Order no joint letter has been filed.  IT IS HEREBY ORDERED that the parties shall file a joint status letter on the docket on or before February 20, 2025 at 5:00 PM.

**SO ORDERED.**

**Dated:** New York, NY
**February 19, 2025**

**MARY KAY VYSKOCIL**
**United States District Judge**