USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON EVANS AND KENNETH FORTUNE,

Defendants.

1:23-cr-301-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On September 12, 2024, at the arraignment hearing for Defendant Kenneth Fortune, the Court raised to the Government that the superseding indictment in this case only named Defendant Fortune.  The Government responded that it could have been a "ministerial or clerical error" but that the indictment charges both Defendants Evans and Fortune together.  The Government advised the Court that it would investigate the issue and write to the Court with more information.  As of the date of this Order the Government has not written to the Court with more information or otherwise corrected this possible error.  At the request of the parties, the Court has scheduled change of plea hearings for both Defendants on September 4, 2025.

Accordingly, IT IS HEREBY ORDERED that the Government shall file a letter on the docket **on or before September 3, 2025 at 12:00 PM** addressing the aforementioned issue.

**SO ORDERED.**

Dated: New York, NY
       September 2, 2025

_____
**MARY KAY VYSKOCIL
United States District Judge**