# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2025
```

November 21, 2025

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

    **RE:** *United States v. Kenneth Fortune, 23 Cr. 301 (MKV)*

Dear Judge Vyskocil:

    I represent Kenneth Fortune, and I'm writing to request a temporary modification of the terms of his pretrial release. The conditions of Mr. Fortune's release include a $100,000 PRB and travel restricted to the SDNY and EDNY.

    Mr. Fortune respectfully requests that he be permitted to travel to his sister's home in New Jersey on Thursday, November 27, 2025, with his mother and grandmother for Thanksgiving and to return home on Saturday, November 29, 2025. I have conferred with AUSA Katherine Cheng who reports that she defers to Pretrial Services. I have conferred with PTS Officer Taelor Nisbeth. Officer Nisbeth consents to the request so long as Mr. Fortune provides her with specific travel information. Mr. Fortune has already provided that information to me and will provide it to Pretrial on Monday, November 24.

    Thank you for your consideration.

                                      Respectfully submitted,

                                      Jill R. Shellow

cc:    AUSA Katherine Cheng (by ECF and email)
        Pretrial Services Officer Taelor Nisbeth (by email)

Admitted:  NY, CT, DC

Defendant's request is GRANTED on the conditions that all travel details are provided to Pretrial Services and that Defendant check in with the Pretrial Services Officer upon return to the District.

**Granted. SO ORDERED.**

Date: 11/24/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge