# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 1, 2026

**BY ECF ONLY**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  1007

    **RE:**    *United States v. Kenneth Fortune,* **23 CF 301 (MKV)**

Dear Judge Vyskocil:

    I represent Kenneth Fortune in the above-referenced matter.  Mr. Fortune has pled guilty, and Your Honor is scheduled to sentence him on Wednesday, January 21, 2026.  I am writing to request an adjournment of approximately 45 days of the sentencing proceeding and related deadlines.

    Pursuant to Your Honor's Individual Rules, the deadline for Mr. Fortune to file his sentencing memorandum is January 7, 2026.  This adjournment is requested because more time is necessary to obtain documents that I believe will, pursuant to 18 U.S.C. § 3553(a), inform Your Honor's sentencing decision.  This is Mr. Fortune's first request to adjourn his sentencing.  I have conferred with AUSA Katherine Cheng who advises that the Government has no objection to this request.

    Thank you for your consideration.

                                                   Respectfully submitted,

                                                   Jill R. Shellow
                                                   *Attorney for Kenneth Fortune*

cc:    All Counsel (by ECF)

Admitted:  NY, CT, DC